```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04773
   LAUNYA Q GILMORE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-6742


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/19/2007 and was not confirmed.

     The case was dismissed without confirmation 09/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
PLS FINANCIAL SERVICES     UNSECURED     NOT FILED           .00            .00
CBCS                       UNSECURED     NOT FILED           .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED           .00           .00            .00
CITIBANK                   UNSECURED           .00           .00            .00
COLUMBUS BANK & TRUST      UNSECURED     NOT FILED           .00            .00
DIVERSIFIED SERVICES       UNSECURED     NOT FILED           .00            .00
GTE                        UNSECURED     NOT FILED           .00            .00
GUTHY-RENKER               UNSECURED     NOT FILED           .00            .00
MEDICAL IMAGING PROFESSI   UNSECURED     NOT FILED           .00            .00
KMART                      UNSECURED     NOT FILED           .00            .00
MED COLLECTIONS SERVICES   UNSECURED     NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED     NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED        334.73           .00            .00
PLAINS COMM                UNSECURED     NOT FILED           .00            .00
CSAC/ED FUNDING ACCOUNTI   UNSECURED           .00           .00            .00
ECMC                       UNSECURED           .00           .00            .00
SIR FINANCE                UNSECURED     NOT FILED           .00            .00
SOUTH DIVISION C U         UNSECURED     NOT FILED           .00            .00
SOUTH DIVISION C U         UNSECURED     NOT FILED           .00            .00
SOUTH DIVISION C U         UNSECURED     NOT FILED           .00            .00
LANE BRYANT                UNSECURED     NOT FILED           .00            .00
TIME LIFE                  UNSECURED     NOT FILED           .00            .00
WESTWOOD COLLEGE           UNSECURED           .00           .00            .00
ISAC                       UNSECURED           .00           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,484.00                       280.80
TOM VAUGHN                 TRUSTEE                                        19.20
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    300.00

PRIORITY                                             .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 04773 LAUNYA Q GILMORE
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    280.80
TRUSTEE COMPENSATION                                               19.20
DEBTOR REFUND                                                        .00
                                    ----------------    ----------------
TOTALS                                        300.00              300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 12/27/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```